# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of PENNSYLVANIA

United States of America
v.

MARK ROBERTSON

)
)
)
)
)

Case No. CR 11-529

*Defendant*

## ARREST WARRANT

**FILED**
OCT 1 2 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARK ROBERTSON
who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

DISTRIBUTION OF OXYCODONE 21:841(a)(1)

Date: Sep 14, 2011

_____, Deputy Clerk
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 9-14-11, and the person was arrested on *(date)* 9-29-11
at *(city and state)* Linwood PA

Date: 9-29-11

DEA/7BT
*Arresting officer's signature*

*Printed name and title*

F.B.I / D.E.A.

# UNITED STATES DISTRICT COURT
for the
EASTERN District of PENNSYLVANIA

United States of America
v.

MARK ROBERTSON )  Case No. 11cr529

*Defendant*

**FILED**
OCT 1 2 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARK ROBERTSON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  X Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21:841(a)(1),(b)(1)(C) - DISTRIBUTION OF OXYCODONE - 2 COUNTS
21:846 - ATTEMPTED POSSESSION OF OXYCODONE AND FENTANYL - 1 COUNT
21:846 - ATTEMPTED POSSESSION OF FENTANYL

Date: Sep 28, 2011

KEVIN EIBEL, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILA., PA.

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-28-11, and the person was arrested on *(date)* 9-29-11
at *(city and state)* P.A.
Date: 9-29-11

FBI
*Arresting officer's signature*

*Printed name and title*